# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

**DAVID FARHI,**

       **Plaintiff,**

**v.**

**PENTAGROUP FINANCIAL, L.L.C.**

       **Defendant.**

_____

**Civil Action No. 1:12-cv-01081-JG-RLM**

### MOTION TO BE ADMITTED AS PRO HAC VICE COUNSEL

Pursuant to Local Rule 1.3c, Robert Amador, moves to be admitted pro hac vice to represent David Farhi in the above-captioned case, and states as follows:

1.     I am a member in good standing of the California State Bar.

2.     I have attached an Affidavit in support of being admitted counsel pro hac vice.

3.     I have received online tutorial ECF training and actively use ECF systems in various U.S. District Courts.

       WHEREFORE, in accordance with Los Rule 1.3c, I respectfully request admission as attorney pro hac vice for Plaintiff.

1

2

Date:  March 26, 2012

_____

ROBERT AMADOR, ESQ.
Attorney for Plaintiff DAVID FARHI
9452 Telephone Rd. 156
Ventura, CA. 93004
(888)308-1119 ext. 11
R.Amador@centenniallawoffices.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

AFFIDAVIT OF
ROBERT AMADOR IN SUPPORT OF
MOTION TO ADMIT
COUNSEL PRO HAC VICE
1:12-cv-01081-JG-RLM

-----------------------------------------------------------X

State of California    )
                     ) ss:
County of New York  )

Robert Amador, being duly sworn, hereby deposes and says as follows:

1. I am an attorney with Centennial Law Offices.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State of California.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case for plaintiff David Farhi.

Robert Amador, Esq.
Centennial Law Offices
9452 Telephone Rd. 156
Ventura, CA. 93004
R.Amador@centenniallawoffices.com
(888)308-1119 ext. 11

Dated: March 26, 2012

NOTARIZED



ANDY VARGAS
Commission # 1960225
Notary Public - California
Santa Barbara County
My Comm. Expires Nov 12, 2015

3

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**                    CIVIL CODE § 1189

State of California

County of _Santa Barbara_                    }

On _3|26|2012_ before me, _Andy Vargas Public Notary_,
    (Date)                                    Here Insert Name and Title of the Officer

personally appeared _Robert Amador_
                                    Name(s) of Signer(s)

_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

```
ANDY VARGAS
Commission # 1960225
Notary Public - California
Santa Barbara County
My Comm. Expires Nov 12, 2015
```

Place Notary Seal Above

Signature: _____
                    Signature of Notary Public

——————————— OPTIONAL ———————————

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: _Affidavit of Robert Amador in support of_

Document Date: _Motion to admit 3/26/12_ Number of Pages: _1_

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____        Signer's Name: _____
☐ Corporate Officer — Title(s): _____        ☐ Corporate Officer — Title(s): _____

☐ Individual                                     ☐ Individual
☐ Partner — ☐ Limited ☐ General                 ☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact                               ☐ Attorney in Fact
☐ Trustee                                        ☐ Trustee
☐ Guardian or Conservator                        ☐ Guardian or Conservator
☐ Other: _____                             ☐ Other: _____

| RIGHT THUMBPRINT OF SIGNER |
| Top of thumb here |

Signer Is Representing: _____        Signer Is Representing: _____

© 2010 National Notary Association • NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)      Item #5907

4



**THE STATE BAR**
**OF CALIFORNIA**

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

February 29, 2012

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, RAMO ROBERT AMADOR, #269168 was admitted to the practice of law in this state by the Supreme Court of California on March 8, 2010; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records

5

## CERTIFICATE OF SERVICE

I certify that on this date, April 2, 2012, I mailed a copy of the foregoing MOTION TO

BE ADMITTED AS PRO HAC VICE COUNSEL, First Class U.S. Mail, to the following party:

Pentagroup Financial, LLC
5959 Corporate Drive, Suite 1400
Houston, TX 77036

_____
ROBERT AMADOR, ESQ.
Attorney for Plaintiff DAVID FARHI
9452 Telephone Rd. 156
Ventura, CA. 93004
(888)308-1119 ext. 11
R.Amador@centenniallawoffices.com

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

**DAVID FARHI,**

        **Plaintiff,**

**v.**

**PENTAGROUP FINANCIAL, L.L.C.**

        **Defendant.**

**Civil Action No. 1:12-cv-01081-JG-RLM**

_____

## ORDER GRANTING MOTION TO ADMIT PRO HAC VICE COUNSEL

Upon consideration of Robert Amador's Motion To Be Admitted As Pro Hac Vice Counsel ("Motion"), Affidavit in support of being admitted counsel pro hac vice, and the relevant authorities, the Court concludes that the Motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Robert Amador's Motion To Be Admitted As Pro Hac Vice Counsel is GRANTED.

It is so ORDERED.

Signed this _____ day of _____, 2012.

_____

( ) UNITED STATED JUDGE JOHN GLEESON
( ) UNITED STATED MAGISTRATE JUDGE ROANNE L. MANN

7