# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DAVID FARHI,**  Plaintiff, <br><br> v. <br><br> **PENTAGROUP FINANCIAL, L.L.C.**  Defendant. | ) ) ) ) ) ) Civil Action No. 1:12-cv-01081-JG-RLM ) ) **PLAINTIFF'S NOTICE OF** ) **VOLUNTARY DISMISSAL** ) ) ) ) ) ) |

NOTICE IS HEREBY GIVEN that, pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff voluntarily dismisses the entire action.

Date: April 24, 2012

_(signature)_

_____

Robert Amador, Esq.
Attorney for Plaintiff David Farhi
9452 Telephone Rd. 156
Ventura, CA. 93004
(888)308-1119 ext. 11
R.Amador@centenniallawoffices.com

1

## CERTIFICATE OF SERVICE

I certify that on this date, April 24, 2012, I mailed a copy of the foregoing PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL, First Class U.S. Mail, to the following party:

Pentagroup Financial, LLC
5959 Corporate Drive, Suite 1400
Houston, TX 77036

_____
ROBERT AMADOR, ESQ.
Attorney for Plaintiff DAVID FARHI
9452 Telephone Rd. 156
Ventura, CA. 93004
(888)308-1119 ext. 11
R.Amador@centenniallawoffices.com